UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mercedes Ramos, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> Affiliate Asset Solutions, LLC and Pendrick Capital Partners II, LLC <br><br> Defendant. | Case No: 2:21-cv-03896-RPK-ARL <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

     Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Mercedes Ramos and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant Affiliate Asset Solutions, LLC and Pendrick Capital Partners II, LLC.

DATED: January 19, 2022

                                           **BARSHAY, RIZZO & LOPEZ, PLLC**

                                           By:  s/ *David M. Barshay*
                                           David M. Barshay, Esquire
                                           445 Broadhollow Road | Suite CL18
                                           Melville, New York 11747
                                           Tel: (631) 210-7272
                                           Fax: (516) 706-5055
                                           Our File No.: BRL21251
                                           *Attorneys for Plaintiff*